1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RODNEY WOODLAND,  Plaintiff,  v.  MONTERO LAMAR HILL, aka LIL NAS X; and Does 1-10, Inclusive  Defendants. | Case No. 2:22-cv-03930-AB-MRWx  [~~PROPOSED~~] JUDGMENT |

# JUDGMENT

The Court having entered its Order (Doc. 43) granting defendant Montero Lamar Hill's Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing the Second Amended Complaint of plaintiff Rodney Woodland without leave to amend,

**IT IS ORDERED AND ADJUDGED** that plaintiff Rodney Woodland take nothing and that plaintiff's action be dismissed on the merits and in its entirety, with defendant Montero Lamar Hill to recover his costs.

Dated: April 25, 2023

_____
Honorable André Birotte Jr.
United States District Judge

1